**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7057**

PAUL A. LOVINGS,

        Plaintiff - Appellant,

     v.

RANDALL C. MATHENA, Warden of Red Onion State Prison;
OFFICER D.C. DUPIE; OFFICER J.L. DOOLEY; SERGEANT BARTON;
SERGEANT L. COLLINS; SERGEANT TOHIA PHILLIPS; SERGEANT B.P.
MEADE; LIEUTENANT DAY; LIEUTENANT T.G. LYALL; UNIT MANAGER
W.G. SWINEY; NURSE MS. CLARK; OFFICER R.J. SLUSS; LIEUTENANT
JAMES D. LAMBERT; COUNSELOR S. M. MULLINS,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge.  (7:14-cv-00359-JLK-RSB)

Submitted:  November 17, 2015       Decided:  November 20, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul A. Lovings, Appellant Pro Se.   Margaret Hoehl O'Shea,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul A. Lovings appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lovings v. Mathena</u>, No. 7:14-cv-00359-JLK-RSB (W.D. Va. June 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>